UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

24cr-225 NEB/JNL

| | |
|---|---|
| UNITED STATES OF AMERICA, | INDICTMENT |
| Plaintiff, | 18 U.S.C. § 2251(a) |
| v. | 18 U.S.C. § 2251(e) |
| | 18 U.S.C. § 924(e) |
| ERIC PHILLIP ALLEN, | 28 U.S.C. § 2461(c) |
| Defendant. | |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNTS 1–3
(Production of Child Pornography)

Between on June 17, 2024, and on or about June 18, 2024, in the State and District of Minnesota, the defendant,

**ERIC PHILLIP ALLEN**,

did knowingly employ, use, persuade, induce, entice, and coerce minor victims to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing or having reason to know that such visual depictions were produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by cell phone, to wit:



SCANNED
AUG 20 2024
U.S. DISTRICT COURT MPLS

| Count | Date | Computer File Name |
|---|---|---|
| 1 | June 17, 2024 | compress20240404_114734.jpg |
| 2 | June 17, 2024 | compress20240618_155717.jpg |
| 3 | June 18, 2024 | compress1718765782046 20240617_114333.mp4 |

all in violation of Title 18, United States Code, Section 2251(a) and 2251(e).

## COUNT 4
(Receipt of Child Pornography)

On or about June 27, 2024, in the State and District of Minnesota and elsewhere, the defendant,

## ERIC PHILLIP ALLEN,

did knowingly receive visual depictions using any means and facility of interstate and foreign commerce or that had been mailed, shipped, and transported in or affecting interstate and foreign commerce, including by computer, where the production of such depictions involved the use of a minor engaging in sexually explicit conduct, and such visual depictions are of such conduct, including, but not limited to, computer image "-5186199110892499033_121.jpg"; all in violation of Title 18, United States Code, Section 2252(a)(2) and 2252(b)(1).

## FORFEITURE ALLEGATIONS

If convicted of the offenses alleged in Counts 1–4 in this Indictment, defendant ERIC PHILLIP ALLEN shall forfeit to the United States pursuant

to Title 18, United States Code, Section 2253(a):

(1)   any visual depiction described in section 2251, 2251A, 2252, 2252A, 2252B, or 2260 of Chapter 110 of Title 18, United States Code, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Chapter 110 of Title 18, United States Code;

(2)   any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offenses; and

(3)   any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

If any of the above-described forfeitable property is unavailable for forfeiture, the United States intends to seek the forfeiture of substitute property as provided for in Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Sections 1028(g), and 2253(b).

A TRUE BILL

_____     _____
**UNITED STATES ATTORNEY**             **FOREPERSON**