UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CRIMINAL NO 24-225 (NEB/TNL)

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff | STATEMENT OF FACTS IN SUPPORT OF EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT |
| v. | |
| ERIC PHILLIP ALLEN | |
| **Defendant.** | |

Pursuant to 18 U.S.C. §3161(h)(7)(A), I, Eric Phillip Allen, the defendant in this case, agree to the following statement of facts in support of my request to exclude time under the Speedy Trial Act.

1. I am respectfully requesting that the Court once again continue the motion filing deadline in my case, which the Court previously continued to October 25, 2024, in order to allow my attorney and I more time to receive and review proposed plea agreement terms from the Government and to allow my mental health situation to stabilize so that I can have meaningful discussions with my attorney about my options.

2. I have had severe mental health problems all of my life and these have been made worse by the criminal charges and being incarcerated pending trial. I am currently on suicide watch and am experiencing a great deal of distress. It is difficult for me to focus on my case at the present time.

3. I understand that my attorney has reached out to the Government for plea terms but has not received a response. I would like to review any proposed plea agreement before proceeding with pretrial motions, but it is difficult for me to do so now.

1

4. My attorney and I have discussed my rights under the Speedy Trial act before he filed the previous motion for a continuance. We discussed these rights again during a phone call today. I agree that obtaining another continuance of the motion filing deadline is in my best interests and I hereby agree to exclude this additional time under the Speedy Trial Act.

5. I respectfully request that the current motion filing deadline of October 25, 2024, be extended at least 30 days. Further, I respectfully request that the period of time from now until the date of the motions hearing on this matter be excluded from the time in which I would otherwise have to be brought to trial on my case. I voluntarily make this request with the full knowledge of my rights under the Speedy Trial Act.

Dated: 10/26/24

*[signature]*
ERIC PHILLIP ALLEN
Defendant