UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CRIMINAL NO 24-225 (NEB/TNL)

| | |
|---|---|
| **UNITED STATES OF AMERICA,**         )<br>                                                               )<br>         **Plaintiff**                                  )<br>                                                               )<br>                                                               )<br>         **v.**                                             )<br>                                                               )<br>**ERIC PHILLIP ALLEN**                      )<br>                                                               )<br>         **Defendant.**                            ) | **STATEMENT OF FACTS<br>IN SUPPORT OF<br>EXCLUSION OF TIME UNDER<br>THE SPEEDY TRIAL ACT** |

Pursuant to 18 U.S.C. §3161(h)(7)(A), I, Eric Phillip Allen, the defendant in this case, agree to the following statement of facts in support of my request to exclude time under the Speedy Trial Act.

1.   I am submitting this statement in support of my third motion to continue the motion filing deadline in this case. While I appreciate the Court's previous continuances, I would like the Court to again continue the motion filing deadline because of my ongoing mental health issues. The additional time will allow me and my attorney to consult with the forensic psychologist my attorney has been authorized to retain, and, if we receive proposed plea terms from the Government, to discuss and consider those terms before deciding whether to proceed with pretrial motions.

2.   As stated in the previous Statement of Facts In Support of Exclusion of Time that I signed, I have had severe mental health problems all of my life and these problems are getting worse. At the time I signed the most recent Statement, I was having a number of difficulties, including hearing voices, and I was on suicide watch at Sherburne County Jail. I am currently off suicide watch but am considering going back on because of my continuing struggles.

3. Based on my mental health issues, I have not been able to focus on discussing or preparing pretrial motions. I also have concerns about my competency, at least at the current time. I would like to talk to the forensic psychologist to see what he thinks and if he can help me gain some clarity.

4. My attorney and I have discussed my rights under the Speedy Trial act before he filed the previous motions for a continuance and again on November 21, 2024. I agree that obtaining another continuance of the motion filing deadline is in my best interests and I hereby agree to exclude this additional time under the Speedy Trial Act.

5. I respectfully request that the current motion filing deadline of November 25, 2024, be extended at least 45 days. Further, I respectfully request that the period of time from now until the date of the motions hearing on this matter be excluded from the time in which I would otherwise have to be brought to trial on my case. I voluntarily make this request with the full knowledge of my rights under the Speedy Trial Act.

Dated: 11/21/24

ERIC PHILLIP ALLEN
Defendant