# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

# STATUS CONFERENCE

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ERIC PHILLIP ALLEN,<br><br>Defendant. | COURTROOM MINUTES - CRIMINAL<br>BEFORE: Nancy E. Brasel<br>U.S. District Judge<br><br>Case No:　　　　24-cr-225 (1) (NEB/DLM)<br>Date:　　　　　　December 8, 2025<br>Court Reporter:　Renee Rogge<br>Courthouse:　　　Minneapolis<br>Courtroom:　　　13W<br>Time Commenced:　11:00 a.m.<br>Time Concluded:　11:15 a.m.<br>Time in Court:　　15 minutes |
|---|---|

**APPEARANCES:**
Plaintiff:    Benjamin Bejar for Thomas Calhoun-Lopez, Assistant Federal Defender
Defendants:   Lee Johnson, CJA Appointed Attorney

**HEARING:**
Defendant appeared for a status conference. The defendant indicated he has submitted a request for funding, for an evaluation/expert opinion. While this issue is unresolved, the Court provided the Defendant additional time to obtain a response on this funding request and time to address this issue once the Defendant either has a report (if the funding is approved) or a denial for the request. The Court went over the Defendant's wright to a speedy trial and he has agreed to exclude the time until his next status conference in February, 2026.

Date: December 8, 2025

s/Kristine Wegner
Signature of Courtroom Deputy
to Judge Nancy E. Brasel